

**Littler Mendelson P.C.**
900 Third Avenue
8th Floor
New York, NY 10022


Paul Piccigallo
Shareholder
212.497.6842 direct
ppiccigallo@littler.com

April 28, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/28/2023
```

**VIA ECF**

Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    ***Jasmine Baldwin v. Computer Generated Solutions, Inc.***
       **Case No. 1:23-cv-00128-JHR**

Dear Magistrate Judge Lehrburger:

This firm represents Defendant Computer Generated Solutions, Inc. ("Defendant" or "CGS") in the above-referenced matter.  We write, jointly with Plaintiffs and pursuant to Rule 1.F. of Your Honor's Individual Rules of Practice in Civil Cases, to respectfully request an adjournment of current deadlines and a short stay of proceedings while the parties continue to discuss settlement. On April 24, 2023, the parties filed a joint letter to Judge Rearden (Dkt. 44) requesting an adjournment of current deadlines and a short stay of proceedings while the parties continue to discuss settlement. The parties' respective counsel have had multiple discussions regarding settlement and have just agreed on the exchange of an anonymized sampling of data for certain members of the putative class.  The parties believe that the production of this data will facilitate further meaningful settlement discussions.  Defendant is in the process of preparing this data, which is voluminous, and intends to produce same to Plaintiffs as soon as possible.

In light of the foregoing developments, the parties respectfully request a brief stay of proceedings, including the upcoming settlement conference currently scheduled for May 2, 2023 (and the corresponding deadline for the parties' to submit a pre-settlement statement on April 25, 2023), and Defendant's deadline to respond to the Complaint on May 16, 2023.  Once Plaintiffs' counsel has had an opportunity to review and analyze the data Defendant is preparing, the parties are hopeful that a settlement conference before Your Honor, if necessary, will be more productive with respect to helping the parties reach a resolution.  This is Defendant's third request for an extension of time of its deadline to respond to the Complaint, and Plaintiffs consent and join Defendant's request.

Honorable Robert W. Lehrburger
April 28, 2022
Page 2

Respectfully submitted,

*/s/ Paul Piccigallo*

Paul R. Piccigallo
Shareholder

cc:     Counsel of Record (via ECF)

Request granted in part.  The settlement conference and pre-conference statement deadline are adjourned sine die.  By June 16, 2023, the parties shall file a joint status report and indicate whether they believe a settlement conference would be productive at that time.  This matter has been referred to me for settlement only; accordingly, the request for extension of time to answer must be acted on by the District Judge.

SO ORDERED:

4/28/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE