

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/2023

**Littler Mendelson P.C.**
900 Third Avenue
8th Floor
New York, NY  10022

Paul Piccigallo
Shareholder
212.497.6842 direct
ppiccigallo@littler.com

> *Defendant's request on consent to extend the deadline to respond to the Complaint (see ECF No. 44) is GRANTED.  By June 16, 2023, Defendant shall either respond to the Complaint or file a letter-motion requesting an additional extension of the deadline to answer.  Insofar as Defendant's April 24, 2023 letter-motion seeks other relief, these requests have been addressed by Magistrate Judge Lehrburger.  See ECF No. 46.  The Clerk of Court is directed to terminate ECF No. 44.*
> *SO ORDERED.*
>
> *Jennifer H. Rearden*
> *May 2, 2023*

April 24, 2023

**VIA ECF**

Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, New York 10007

Re:  *Jasmine Baldwin v. Computer Generated Solutions, Inc.*
     Case No. 1:23-cv-00128-JHR

Dear Judge Rearden:

This firm represents Defendant Computer Generated Solutions, Inc. ("Defendant" or "CGS") in the above-referenced matter.  We write, jointly with Plaintiffs and pursuant to Rule 2.E. of Your Honor's Individual Rules of Practice in Civil Cases, to respectfully request an adjournment of current deadlines and a short stay of proceedings while the parties continue to discuss settlement.  The parties' respective counsel have had multiple discussions regarding settlement and have just agreed on the exchange of an anonymized sampling of data for certain members of the putative class.  The parties believe that the production of this data will facilitate further meaningful settlement discussions.  Defendant is in the process of preparing this data, which is voluminous, and intends to produce same to Plaintiffs as soon as possible.

In light of the foregoing developments, the parties respectfully request a brief stay of proceedings, including the upcoming settlement conference currently scheduled before May 2, 2023 (and the corresponding deadline for the parties' to submit a pre-settlement statement on April 25), and Defendant's deadline to respond to the Complaint on May 16, 2023.  Once Plaintiffs' counsel has had an opportunity to review and analyze the data Defendant is preparing, the parties are hopeful that a settlement conference before Magistrate Judge Lehrburger, if necessary, will be more productive with respect to helping the parties reach a resolution.  This is Defendant's third request for an extension of time of its deadline to respond to the Complaint, and Plaintiffs consent and join Defendant's request.

Honorable Jennifer H. Rearden, U.S.D.J.
April 24, 2022
Page 2

Respectfully submitted,

*/s/ Paul Piccigallo*

Paul R. Piccigallo
Shareholder


cc: Counsel of Record (via ECF)