UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASMINE BALDWIN, on behalf of herself and all others similarly situated, et al.,<br><br>                       Plaintiffs,<br><br>                         -v.-<br><br>COMPUTER GENERATED SOLUTIONS, INC.,<br><br>                       Defendant. | 23 Civ. 128 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

    Plaintiffs filed the Complaint in this action on January 6, 2023. *See* ECF No. 1. On October 24, 2023, Defendant moved to dismiss the complaint. *See* ECF No. 59. On November 7, 2023, Plaintiffs filed a First Amended Complaint. *See* ECF No. 62. On November 21, 2023, Defendant filed an Answer to the First Amended Complaint.

    In light of the foregoing, Defendant's earlier-filed motion to dismiss the Complaint, ECF. No. 59, is hereby DENIED as moot.

    The Clerk of Court is directed to terminated ECF No. 59.

        SO ORDERED.

Dated: September 30, 2024
       New York, New York

                                                                         JENNIFER H. REARDEN
                                                                          United States District Judge