UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
JASMINE BALDWIN et al.,

Plaintiffs,

-against-

COMPUTER GENERATED SOLUTIONS, INC.,

Defendant.
-----------------------------------------------------x

No. 23-CV-128-LTS-RWL

ORDER REGARDING PROPOSED SETTLEMENT

The attorneys for the parties have advised the Court that this action has been or will be settled. Accordingly, it is hereby ORDERED that the parties file the proposed settlement agreement for Court approval of the agreement as fair and reasonable within **45 days** of the date hereof. The approval request must be supported by a declaration and any other evidence necessary to support the requested determination, see Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 206 (2d Cir. 2015), including evidence addressing: "(1) the plaintiff's range of possible recovery; (2) the extent to which the settlement will enable the parties to avoid anticipated burdens and expenses in establishing their respective claims and defenses; (3) the seriousness of the litigation risks faced by the parties; (4) whether the settlement agreement is the product of arm's-length bargaining between experienced counsel; and (5) the possibility of fraud or collusion," Wolinsky v. Scholastic Inc., 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012) (internal quotation omitted). The parties' evidence should also address "factors that weigh against approving a settlement," including "(1) 'the presence of other employees situated similarly to the claimant'; (2) '[the] likelihood that the claimant's circumstances will recur'; (3) 'a[ny] history of FLSA non-compliance by the same employer or others in the same industry or geographic region'; and (4) the desirability of 'a mature record' and 'a pointed determination of the

governing factual or legal issue to further the development of the law either in general or in an industry or in a workplace.'" Wolinsky, 900 F. Supp. 2d at 336 (internal quotation omitted).

SO ORDERED.

Dated: New York, New York
October 2, 2026

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge